IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41425
Conference Calendar
_____


NATHANIEL ARTHUR JETTON,

                                        Plaintiff-Appellant,

versus

HERBERT SCOTT ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:97-CV-215
- - - - - - - - - -
October 20, 1998

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Nathaniel Arthur Jetton, Texas prisoner # 684968, appeals
from the judgment in favor of the defendants following a bench
trial on Jetton's civil rights complaint, 42 U.S.C. § 1983.  He
argues that the judgment is in error.  Jetton, however, has
failed in his burden pursuant to Fed. R. App. P. 10(b) of
providing this court with a copy of the trial transcript.
Accordingly, we cannot review the issue he raises on appeal.  See
United States v. Hinojosa, 958 F.2d 624, 632-33 (5th Cir. 1992).
Jetton's appeal is DISMISSED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.